NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**VEDERI, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

———————————————

2022-1477, 2022-1478, 2022-1479, 2022-1480

———————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,681, 95/000,682, 95/000,683, 95/000,684.

———————————————

**JUDGMENT**

———————————————

SHAUN PHILIP LEE, Lewis Roca Rothgerber Christie LLP, Glendale, CA, argued for appellant.  Also represented by DAVID A. DILLARD.

DAVID ALMELING, O'Melveny & Myers LLP, San Francisco, CA, argued for appellee.  Also represented by MARK LIANG, DANIEL SILVERMAN, DARIN W. SNYDER, SORIN GABRIEL ZAHARIA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 12, 2023 | /s/ Jarrett B. Perlow |
| Date | Jarrett B. Perlow |
| | Acting Clerk of Court |